**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

CHRISTY THOMPSON, FOEST RATHEY-
WITHERSPOON, AND WINONA ROBINSON,
INDIVIDUALLY AND ON BEHALF OF
OTHERS SIMILARLY
SITUATED                                                                                              PLAINTIFFS

v.                             Case No. 5:12-cv-00164-KGB

CORIZON, INC., F/K/A CORRECTIONAL
MEDICAL SERVICES, INC., D/B/A
CORRECTION MEDICAL SYSTEMS                                                  DEFENDANTS

**ORDER**

Before the Court is the parties' joint motion to file the settlement agreement in the above-captioned matter under seal (Dkt. No. 12). For good cause shown, the motion is granted. The parties' settlement agreement will be filed under seal.

SO ORDERED this 5th day of March, 2013.

_____
Kristine G. Baker
United States District Judge